UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EZRA RODRIGUEZ #979211,

       Plaintiff,                             Hon. Phillip J. Green

v.                                                    Case No. 1:22-cv-65

UNKNOWN LEITHEIM,

       Defendant.
_____/

## **JUDGMENT**

Consistent with the Opinion filed this day, Defendant's Motion for Summary Judgment, (ECF No. 15), is granted and this matter is terminated. Furthermore, the Court finds that an appeal of this matter by Plaintiff would not be in good faith.

Date: November 29, 2022                     /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge